# PRELIMINARY
# INJUNCTION BOND

Bond # 105770966

KNOW ALL BY THESE PRESENTS:

That we, Avaya, Inc., 211 Mt. Airy Road, Basking Ridge, NJ 07920

as Principal(s), and Travelers Casualty and Surety Company of America, One Tower Square, Hartford, CT 06183 , a

corporation authorized to transact surety business in the State of New Jersey , as Surety, are held

and firmly bound unto United States District Court, District of Massachusetts , as Obligee, in the maximum

penal sum of Five Hundred Thousand Dollars and 00/100

( 500,000.00 ) DOLLARS, lawful money of the United States of America, for the payment of which, well and truly to be made, we bind ourselves, our heirs, legal representatives, successors and assigns, jointly and severally, firmly by these presents.

Whereas, the above named plaintiff has duly applied to this court for a writ of injunction against the defendant in this action, according to the statute in such cases provided.

NOW THEREFORE, THE CONDITION OF THIS OBLIGATION IS SUCH, That, if the said plaintiff shall pay the said defendant such damages as he sustains by reason of said temporary injunction, if the Court finally decided that the said plaintiff is not entitled thereto (or to either or any of them, if more than one defendant), then this obligation shall be void, otherwise to remain in force and effect.

SIGNED AND SEALED this 18th day of July , 2012 .

Avaya, Inc.

By _____, Asst. Secretary
                                                Principal

Travelers Casualty and Surety Company of America

By _____
April D. Perez,                    Attorney-in-Fact

STATE OF NEW JERSEY
COUNTY OF MORRIS

On July 18, 2012, before me personally came April D. Perez to me known to be an Attorney-In-Fact of Travelers Casualty and Surety Company of America, the corporation described in the within instrument, and she acknowledged that she executed the within instrument as the act of the said Travelers Casualty and Surety Company of America in accordance with authority duly conferred upon her by said company.

_____
Notary Public

SANDY S JAMES-BROWNE
Notary Public
State of New Jersey
My Commission Expires Sep 19, 2016

PRINCIPAL ACKNOWLEDGEMENT

STATE OF
COUNTY OF

On this _____ day of _____, 2012, before me personally came

_____ to me known to be a _____ of

_____, the corporation described in the within instrument, and

he/she executed the within instrument as the act of the said _____

in accordance with authority duly conferred upon him/her by said company.

_____
Notary Public

# POWER OF ATTORNEY



| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

Attorney-In Fact No. 224036

Certificate No. 004654577

**KNOW ALL MEN BY THESE PRESENTS**: That St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Mary Lawrence, Theresa Giraldo, April D. Perez, James P. Holland, and Krystal L. Stravato

of the City of __Morristown__, State of __New Jersey__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __21st__ day of __September__, __2011__.

| | |
|---|---|
| Farmington Casualty Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Company | Travelers Casualty and Surety Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |
| St. Paul Guardian Insurance Company | |

State of Connecticut
City of Hartford ss.

By: _George W. Thompson, Senior Vice President_

On this the __21st__ day of __September__, __2011__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2016.

_Marie C. Tetreault, Notary Public_

58440-6-11 Printed in U.S.A.

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this __18th__ day of __July__, 20 __12__.

_Kevin E. Hughes, Assistant Secretary_

        

To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2011

AS FILED IN THE STATE OF NEW JERSEY

CAPITAL STOCK $ 6,480,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---|---|---|
| CASH AND INVESTED CASH | $ 103,657,622 | UNEARNED PREMIUMS | $ 813,328,906 |
| BONDS | 3,525,992,354 | LOSSES | 937,681,730 |
| INVESTMENT INCOME DUE AND ACCRUED | 49,234,241 | REINSURANCE PAYABLE ON PAID LOSSES & LOSS ADJ. EXPENSES | 2,604,752 |
| OTHER INVESTED ASSETS | 249,171,807 | LOSS ADJUSTMENT EXPENSES | 525,055,953 |
| PREMIUM BALANCES | 239,276,662 | COMMISSIONS | 30,858,691 |
| NET DEFERRED TAX ASSET | 67,832,057 | TAXES, LICENSES AND FEES | 60,276,105 |
| REINSURANCE RECOVERABLE | 10,983,463 | OTHER EXPENSES | 29,866,613 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 7,344,088 | FUNDS HELD UNDER REINSURANCE TREATIES | 95,031,416 |
| UNDISTRIBUTED PAYMENTS | 2,593,967 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 49,086,527 |
| OTHER ASSETS | 361,289 | REMITTANCES AND ITEMS NOT ALLOCATED | 18,641,351 |
| | | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 31,860,277 |
| | | RETROACTIVE REINSURANCE RESERVE ASSUMED | 3,152,706 |
| | | POLICYHOLDER DIVIDENDS | 8,117,549 |
| | | PROVISION FOR REINSURANCE | 6,397,371 |
| | | PAYABLE TO PARENT, SUBSIDIARIES AND AFFILIATES | 53,766,609 |
| | | PAYABLE FOR SECURITIES | 1,249,903 |
| | | PAYABLE FOR SECURITIES LENDING | 7,344,088 |
| | | CEDED REINSURANCE NET PREMIUMS PAYABLE | (71,042,044) |
| | | ESCHEAT LIABILITY | 591,943 |
| | | OTHER ACCRUED EXPENSES AND LIABILITIES | 501,836 |
| | | TOTAL LIABILITIES | $ 2,604,372,282 |
| | | CAPITAL STOCK | $ 6,480,000 |
| | | PAID IN SURPLUS | 433,803,760 |
| | | OTHER SURPLUS | 1,211,791,508 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 1,652,075,268 |
| TOTAL ASSETS | $ 4,256,447,550 | TOTAL LIABILITIES & SURPLUS | $ 4,256,447,550 |

STATE OF CONNECTICUT )
COUNTY OF HARTFORD ) SS.
CITY OF HARTFORD )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,

AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID

COMPANY AS OF THE 31ST DAY OF DECEMBER, 2011.

SECOND VICE PRESIDENT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
13TH DAY OF APRIL, 2012

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2012*

ACKNOWLEDGEMENT FORM

CORPORATE

STATE OF       New Jersey

COUNTY OF    Somerset

On the 18th day of July 2012 before me personally appeared Lori Kerman, to me known, who, being by me first duly sworn, did depose and say that she resides in Basking Ridge, NJ; that she is the Assistant Secretary of Avaya Inc., the corporation described in and which executed the foregoing instrument; that she knows the corporate seal of said corporation; that the corporate seal affixed to said instrument is such corporate seal; that is was so affixed by order and authority of the Board of Directors of said corporation, and that she signed her name thereto by like order and authority.

Dianne Recchia

**DIANNE RECCHIA**
**NOTARY PUBLIC OF NEW JERSEY**
**I.D. # 2198123**
**My Commission Expires 2/13/2017**