Marina C. Tsatalis (*Pro Hac Vice*)
Gerard D. O'Shea, BBO No. 660236
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, New York 10019
Telephone: (212) 999-5800

*Attorneys for Plaintiff Avaya Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| AVAYA INC., | Civil Action No.: 12-10660-DJC |
| *Plaintiff*, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| MOHAMAD ALI, | |
| *Defendant*. | |

## STIPULATION

Plaintiff Avaya Inc. ("Avaya") and Defendant Mohamad Ali (jointly the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, Mr. Ali resigned from Avaya effective April 13, 2012 and joined Aspect Software, Inc. ("Aspect");

WHEREAS, the Court entered a Memorandum and Order on July 13, 2012 granting Avaya's Motion for Preliminary Injunction and enforcing the covenant not to compete in Mr. Ali's Stock Option Award Agreements with Avaya as described in Avaya's Motion for Preliminary Injunction (the "Award Agreements");

WHEREAS, in compliance with the Preliminary Injunction, effective July 19, 2012 Mr. Ali ceased serving in the role at Aspect for which he was hired;

WHEREAS, Defendant's employment with Aspect terminated effective August 2, 2012;

WHEREAS, Mr. Ali and Aspect filed a lawsuit against Avaya in the Commonwealth of Massachusetts, Superior Court Department, on May 15, 2012, Civil Action No. 12-1845; and

WHEREAS, the Parties wish to terminate both lawsuits and avoid future disputes concerning the subject matter of those cases.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED THAT:

1. Mr. Ali shall not become employed by or otherwise provide any services to Aspect in any capacity until after July 19, 2013;
2. Mr. Ali shall not work for or provide services, in any capacity, whether as an employee, independent contractor or otherwise, whether with or without compensation, to any Material Competitor as defined in the Award Agreements, until April 14, 2013;
3. Mr. Ali acknowledges and agrees that the covenant not to compete and the other restrictive covenants in the Award Agreements are valid and fully enforceable;
4. This case will be dismissed with prejudice, with each party bearing his/its own costs and attorneys' fees and with no further relief awarded to the Parties;
5. The bond posted by Plaintiff shall be returned to Plaintiff upon the Court's entry of this Proposed Order; and
6. This Stipulation shall not become effective until Mr. Ali provides confirmation that the State Court Action has been dismissed in its entirety with prejudice, with each party bearing his/its own costs and attorneys' fees and with no relief awarded to any party thereto.

| MOHAMAD ALI | AVAYA INC. |
|---|---|
| By his attorneys, | By its attorneys, |
| /s/ Shepard Davidson | /s/ Marina C. Tsatalis |
| Shepard Davidson (BBO No. 557082) | Marina C. Tsatalis (pro hac vice) |
| Lawrence P. Murray (BBO No. 561835) | Gerard D. O'Shea (BBO No. 660236) |
| BURNS & LEVINSON LLP | WILSON SONSINI GOODRICH & ROSATI |
| 125 Summer Street | 1301 Avenue of the Americas |
| Boston, MA 02110 | New York, New York 10019 |
| Telephone: (617) 345-5000 | Telephone: (212) 999-5800 |

# **ORDER**

**SO ORDERED.**

Date: August ___, 2012

                                                      Denise J, Casper
                                                      United States District Judge